IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VIRGINIA LARZELERE,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4993

Opinion filed September 25, 2017.

Petition for Writ of Certiorari.

Virginia Larzelere, pro se, Petitioner.

Mark Hiers, Assistant General Counsel for the Florida Commission on Offender
Review, for Respondent.

PER CURIAM.

DENIED.

ROBERTS, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.